Case 1:07-cv-01496-AKH    Document 11    Filed 01/07/2008    Page 1 of 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION

_____X

THIS DOCUMENT APPLIES TO ALL LOWER    .:
MANHATTAN DIASTER SITE LITIGATION     :

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #: _____               │
│ DATE FILED: 1/7/08                   │
└─────────────────────────────────────┘
```

Case No. 21MC102 (AKH)

Docket No.:

06 CV 1648 (Abarca)
07 CV 1453 (Acevedo)
07 CV 4445 (Adriano)
07 CV 4446 (Agudelo)
07 CV 4447 (Agudo)
06 CV 12701 (Aguilar)
07 CV 1554 (Ali)
07 CV 01556 (Alvarracin)
06 CV 2814 (Alvarez)
07 CV 1455 (Alvarez)
07 CV 1456 (Andrade)
07 CV 4449 (Angulo)
06 CV 14466 (Annunziato)
07 CV 05335 (Arana)
07 CV 05274 (Arias)
06 CV 1340 (Arias)
07 CV 1458 (Aristizabal)
06 CV 4377 (Aristizabal)
06 CV 13784 (Arlotta)
06 CV 13787 (Arruda)
07 CV 1460 (Ascencio)
07 CV 1461 (Asmal)
07 CV 1463 (Astudillo)
07 CV 1561(Astudillo)
07 CV 1562 (Atiencia)
07 CV 060 (Avila)
07 CV 1563 (Avila)
07 CV 1564 (Avila)
07 CV 4450 (Avila)
07 CV 1465 (Avila)
07 CV 1565 (Baczkowski)
07 CV 05336 (Bailon)
07 CV 1468 (Balarezo)
07 CV 5550 (Barahona)
06 CV 1649 (Barbosa)
07 CV 1569 (Barona)
07 CV 1469 (Barragan)

|   |   |
|---|---|
| : | 07 CV 4452 (Barroso) |
| : | 07 CV 4451 (Barreto) |
| : | 07 CV 05276 (Bastidas) |
| : | 07 CV 05339 (Belkowski) |
| : | 06 CV 7913 (Benavidez) |
| : | 07 CV 4453 (Betancourt) |
| : | 06 CV 14496 (Bikowksi) |
| : | 07 CV 1472 (Borkowski) |
| : | 07 CV 4455 (Borowiecki) |
| : | 07 CV 4456 (Buestan) |
| : | 07 CV 1571 (Bunay) |
| : | 07 CV 1572 (Bunay) |
| : | 06 CV 1650 (Calero) |
| : | 07 CV 1576 (Calle) |
| : | 07 CV 1577 (Calle) |
| : | 07 CV 4459 (Campozano) |
| : | 07 CV 1478 (Campuzano) |
| : | 06 CV 14533 (Cardenas) |
| : | 07 CV 1480 (Castellanos) |
| : | 07 CV 05341 (Castle) |
| : | 05 CV 10743 (Castillo) |
| : | 07 CV 1582 (Ceron) |
| : | 07 CV 1481 (Chalco) |
| : | 07 CV 1585 (Chavez) |
| : | 07 CV 1588 (Chojnowski) |
| : | 07 CV 05343 (Ciaramella) |
| : | 07 CV 1590 (Cifuentes) |
| : | 07 CV 14554 (Claret) |
| : | 07 CV 4461 (Combos) |
| : | 07 CV 1485 (Colucci) |
| : | 07 CV 1594 (Concepcion) |
| : | 07 CV 5552 (Conforme) |
| : | 07 CV 1486 (Cook) |
| : | 07 CV 05344 (Cortez) |
| : | 07 CV 05345 (Costello) |
| : | 05 CV 1104 (Criollo) |
| : | 07 CV 4462 (Criollo) |
| : | 07 CV 05283 (Dabrowski) |
| : | 07 CV 4463 (Davila) |
| : | 07 CV 4464 (De La Cruz) |
| : | 06 CV 01032 (Demko) |
| : | 07 CV 1601 (Diaz) |
| : | 07 CV 05351 (Diez) |
| : | 06 CV 11533 (Dobronski) |
| : | 07 CV 1602 (Dota) |
| : | 06 CV 14619 (Drozdz) |

|   |                            |
|---|----------------------------|
| : | 06 CV 14620 (Drozdz)       |
| : | 07 CV 05286 (Drysdale)     |
| : | 07 CV 1604 (Duchitanga)    |
| : | 07 CV 1605 (Duchitanga)    |
| : | 07 CV 1493 (Duran)         |
| : | 06 CV 14623 (Dutan)        |
| .: | 06 CV 5504 (Dutan)        |
| : | 07 CV 05354 (Encalada)     |
| : | 07 CV 4465 (Encalada)      |
| : | 05 CV 10737 (Encalada)     |
| : | 07 CV 05289 (Fisco)        |
| : | 07 CV 1608 (Flores)        |
| : | 07 CV 05169 (Gabrielsen)   |
| : | 07 CV 062 (Gallego)        |
| : | 05 CV 9820 (Gallegos)      |
| : | 07 CV 4467 (Gallegos)      |
| : | 06 CV 14670 (Gallo)        |
| : | 06 CV 3422 (Galvis)        |
| : | 07 CV 1498 (Garces)        |
| : | 07 CV 05292 (Garcia)       |
| : | 07 CV 05358 (Garcia)       |
| : | 05 CV 10739 (Gaspar)       |
| : | 07 CV 4468 (Gavidia)       |
| : | 07 CV 4469 (Gerardo)       |
| : | 07 CV 4470 (Gil)           |
| : | 07 CV 4471 (Giraldo)       |
| : | 06 CV 12120 (Guiracocha)   |
| : | 06 CV 2285 (Gomez)         |
| : | 06 CV 3302 (Gora)          |
| : | 06 CV 4885 (Grabowska)     |
| : | 07 CV 1623 (Gryszkiewicz)  |
| : | 07 CV 4472 (Gualpa)        |
| : | 05 CV 1636 (Guerrero)      |
| : | 06 CV 3301 (Guevara)       |
| : | 06 CV 2884 (Guzman)        |
| : | 07 CV 4473 (Hernando)      |
| : | 07 CV 05395 (Higgins)      |
| : | 05 CV 2501 (Hualpa)        |
| : | 07 CV 05295 (Hurtado)      |
| : | 06 CV 11025 (Idrovo)       |
| : | 07 CV 1628 (Idrovo)        |
| : | 07 CV 1629 (Inga)          |
| : | 07 CV 4474 (Inga)          |
| : | 07 CV 4475 (Intriago)      |
| : | 07 CV 5362 (Iwanczyk)      |
| : | 07 CV 1630 (Jablonski)     |

```
:        06 CV 14741 (Jakubowski)
:        07 CV 4476 (Jalil)
:        07 CV 05363 (Jara)
:        07 CV 4477 (Jara)
:        06 CV 14746 (Jaramillo)
:        07 CV 1632 (Jimbo)
:        07 CV 4478 (Jimenez)
:        07 CV 1509 (Juarez)
:      05 CV 0744 (Kajewska-Pielarz)
:        07 CV 1634 (Kappinski)
:        07 CV 1636 (Kasina)
:        07 CV 1635 (Karus)
:        07 CV 1639 (Kiryk)
:        07 CV 4479 (Kolodziejczyk)
:        06 CV 2252 (Kowalczyk)
:        06 CV 14781 ((Kukacki))
:        06 CV 4376 (Kurak)
:        07 CV 05300 (Kwasniak)
:        05 CV 9333 (Lascano)
:        07 CV 4480 (Lasica)
:        07 CV 1645 (Lampart)
:        07 CV 05365 (Lara)
:        06 CV 7911 (Lech)
:        07 CV 4481 (Leon)
:        07 CV 1647 (Leon)
:        07 CV 5559 (Leonard)
:        06 CV 12772 (Leroux)
:        07 CV 1648 (Lituma)
:        07 CV 1649 (Lituma)
:        07 CV 1650 (Llerena)
:        07 CV 1652 (Loja)
:        07 CV 4482 (Loja)
:        07 CV 4484 (Lora)
:        07 CV 4485 (Macas)
:        06 CV 1786 (Maldonado)
:        07 CV 4487 (Marcos)
:        07 CV 1657 (Matas)
:        07 CV 4490 (Medina)
:        07 CV 4492 (Medrano)
:        07 CV 4493 (Medrano)
:        07 CV 05397 (Melendaz)
:        07 CV 05302 (Mendoza)
:        07 CV 4494 (Mendoza)
:        07 CV 05303 (Mesa)
:        07 CV 4495 (Misaico)
:        05 CV 1691 (Montero)
```

: 07 CV 5562 (Moore)
: 06 CV 13168 (Mora)
: 07 CV 1667 (Morales)
: 06 CV 12341 (Moran)
: 06 CV 14901 (Moreno)
: 07 CV 066 (Naranjo)
: 05 CV 10738 (Naranjo)
: 07 CV 04496 (Naranjo)
: 06 CV 2221 (Narvaez)
: 07 CV 05305 (Negron)
: 07 CV 356 (Nunez)
: 07 CV 061 (Olivo)
: 07 CV 4497 (Oquendo)
: 07 CV 05398 (Orellana)
: 07 CV 01676 (Ortiz)
: 07 CV 4498 (Orozco)
: 07 CV 4500 (Oyervide)
: 05 CV 9041 (Pachay)
: 07 CV 4501 (Pacho)
: 07 CV 4502 (Pajak)
: 07 CV 4503 (Palma)
: 07 CV 4505 (Pankiewicz)
: 07 CV 05308 (Pastuizaca)
: 07 CV 4507 (Pelaez)
: 05 CV 1385 (Pena)
: 07 CV 1682 (Pena)
: 05 CV 10741 (Pena)
: 07 CV 1683 (Peralta)
: 06 CV 8278 (Perkowski)
: 07 CV 1684 (Pieczynska)
: 06 CV 2527 (Borkowski)
: 07 CV 4508 (Pillco)
: 06 CV 12413 (Pina)
: 07 CV 05376 (Pineda)
: 07 CV 05377 (Pinela)
: 05 CV 1418 (Polo)
: 06 CV 3850 (Porowski)
: 06 CV 9674 (Porras)
: 07 CV 1688 (Puma)
: 06 CV 1341 (Quintanilla)
: 07 CV 4509 (Quizhpi)
: 07 CV 05380 (Raimondi)
: 07 CV 1516 (Reinoso)
: 07 CV 4510 (Rendon)
: 07 CV 3446 (Reynolds)
: 06 CV 6234 (Rivera)

```
:     06 CV 11257 (Robles)
:     07 CV 05312 (Robles)
:     07 CV 05313 (Rodriguez)
:     07 CV 05315 (Rodriguez)
:     06 CV 0845 (Rodriguez)
:     07 CV 4511 (Rojas)
:     07 CV 1696 (Rojas)
:     06 CV 5786 (Rojas)
:     07 CV 05316 (Romaniuk)
:     07 CV 4512 (Salazar)
:     05 CV 1675 (Salgado)
:     07 CV 05399 (Samuel)
:     07 CV 5318 (Sanchez)
:     07 CV 05384 (Sanchez)
:     07 CV 4513 (Sanchez)
:     06 CV 11892 (Sanchez)
:     06 CV 10237 (Sanchez)
:     07 CV 05386 (Sanchez)
:     07 CV 4514 (Sanmartin)
:     07 CV 1528 (Santamaria)
:     07 CV 1700 (Santana)
:     07 CV 4515 (Sarmiento)
:     07 CV 1531 (Sarmiento)
:     07 CV 1703 (Serrano)
:     07 CV 4516 (Serrano)
:     07 CV 1704 (Siemek)
:     07 CV 1705 (Siguachi)
:     05 CV 1260 (Silva)
:     07 CV 4517 (Skreczkowksi)
:     06 CV 6814 (Slesicki)
:     07 CV 05388 (Sparano)
:     05 CV 1198 (Solis)
:     07 CV 1706 (Sosa)
:     07 CV 1707 (Suarez)
:     07 CV 1708 (Suco)
:     07 CV 1709 (Sumba)
:     07 CV 1783 (Sumba)
:     07 CV 1711 (Sweeney)
:     06 CV 15084 (Szczepanski)
:     06 CV 11532 (Szpanelewska)
:     07 CV 1712 (Szuberla)
:     06 CV 12826 (Tabares)
:     07 CV 1537 (Tache)
:     07 CV 1538 (Tamayo)
:     07 CV 1714 (Tenezaca)
:     07 CV 05321 (Tenezaca)
```

```
                                          :    07 CV 1715 (Thorpe)
                                          :    07 CV 4518 (Toledo)
                                          :    07 CV 1539 (Toledo)
                                          :    07 CV 05322 (Tomczyk)
                                          :    06 CV 6233 (Toral)
                                          :    06 CV 3846 (Trujillo)
                                          .:   07 CV 05400 (Urgiles)
                                          :    06 CV 11534 (Valdiulezo)
                                          :    07 CV 4520 (Vasquez)
                                          :    07 CV 1721 (Vazquez)
                                          ;    07 CV 2708 (Vazquez)
                                          :    07 CV 1722 (Vazquez)
                                          :    07 CV 4521 (Vega)
                                          :    07 CV 1723 (Velasco)
                                          :    07 CV 05325 (Velez)
                                          :    07 CV 4522 (Vera)
                                          :    06 CV 15116 (Vergara)
                                          :    06 CV 1652 (Villafuerte)
                                          :    06 CV 13703 (Villarruel)
                                          :    07 CV 4523 (Vivar)
                                          :    07 CV 05285 (Wallace)
                                          :    07 CV 05327 (Walek)
                                          :    07 CV 1547 (Walek)
                                          :    07 CV 4524 (Waniurski)
                                          :    07 CV 1727 (Wierzbicki)
                                          :    07 CV 1728 (Wolkowicz)
                                          :    07 CV 4525 (Yaguana)
                                          :    06 CV 13166 (Yumbia)
                                          :    07 CV 05330 (Zalewski)
                                          :    07 CV 1730 (Zelaya)
                                          :    07 CV 1731 (Zenteno)
                                          :    07 CV 1732 (Zumba)
                                          :    07 CV 8278 (Bastidas)
                                          ;    07 CV 8280 (Galarce)
                                          :    07 CV 8281 (Garcia)
                                          :    07 CV 8282 (Kosiv)
                                          :    07 CV 8284 (Perez)
                                          :    07 CV 8285 (Rozpedowski)
                                          :    07 CV 8286 (Sanchez)
                                          :    07 CV 8287 (Solis)
                                          :    07 CV 8290 (Torres)
                                          :    07 CV 8291 (Viscaino)
```

                                                                    X
_____

ALVIN K. HELLERSTEIN, U.S.D.J.:


## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

for the parties to the three hundred eight (308) individual actions listed above, that

whereas no party herein is an infant or incompetent person for whom a committee has

been appointed, and no person not a party has an interest in the subject matter of this

action, the above listed actions be and the same hereby are discontinued against

**Brookfield Properties Holdings Inc.**, only, without prejudice, without costs to any party

as against the other.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that should facts or

circumstances derived from future discovery, or otherwise, come to light that indicate a

relationship to the litigation and a basis of a claim against the defendant from whom this

Stipulation is being entered, and/or should it come to light that the information provided

by said defendant in support of its request of discontinuance at this time, be discerned in

the future to have been inaccurate, false or misleading, plaintiff may re-assert its claim

against said defendant by motion, stipulation or otherwise, and without the necessity of

additional service of process, and in no event will said defendant raise any status of

limitations defense other than as may have been asserted based upon the date of filing of

the original action, at the time that the action was originally commenced against said

defendant.

This stipulation may be filed without further notice with the Clerk of the Court

and defendant will obtain, if necessary, any Judicial "So Order" of this Stipulation and

any other signatory, if necessary.

Dated: January 3, 2008

**FAUST GOETZ SCHENKER & BLEE, LLP**

By: _____
William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, N.Y. 10006
(212) 363-6900

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**

_____
Christopher LoPaolo (CL-6466)
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York, 10006
(212) 267-3700

**SO-ORDERED:**

1/3/08

_____
Hon. Alvin K. Hellerstein, USDCJ